AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

ANTONIO PRICE, Individually, )
LAUREN PRICE, Individually and as )
Mother and Next Friend of MINOR E.P. )
(DOB: 5/29/2016) and MINOR E.P. )
(DOB: 4/6/2018), KEVIN WHITAKER, )

*Plaintiff(s)*

v.

SunCountry Airlines

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SunCountry AIrlines
850 New Burton Road, Suite 201,
Dover, Kent County, Delaware 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard L. Gilman
Kasey Edwards
Gilman & Edwards, LLC
8401 Corporate Drive #240
Hyattsville, Maryland 20785

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

*Signature of Clerk or Deputy Clerk*